## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| SAFCO PRODUCTS CO., <br> a Minnesota corporation, | Civil File No. 08CV 4918 JRT/JJG |
| Plaintiff, | **(Trial by Jury Demanded)** |
| v. | |
| GLEASON CORPORATION, <br> a California corporation, | |
| and | |
| WELCOM PRODUCTS, INC., <br> a California corporation, | |
| Defendants. | |

### COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Safco Products Co., for its Complaint against Defendant Gleason Corporation and Defendant Welcom Products, Inc., respectfully hereby states and alleges as follows:

### PARTIES

1. Plaintiff Safco Products Co. ("Safco") is a Minnesota corporation having its principal place of business at 5600 North Highway 169, Minneapolis, MN 55428.

2. Upon information and belief, Defendant Gleason Corporation ("Gleason") is a California corporation with its principal place of business at 10474 Santa Monica Blvd, Suite 400, Los Angeles, CA 90025.

3. Upon information and belief, Defendant Welcom Products, Inc. ("Welcom") is a California corporation with its principal place of business at 800 S. Pacific Coast Hwy #8-424, Redondo Beach, CA 90277.



SCANNED <br> AUG 1 3 2008 <br> U.S. DISTRICT COURT MPLS

## JURISDICTION AND VENUE

4. Subject matter jurisdiction is based on 28 U.S.C. §§ 1331 and 1338, in that this action arises under the patent laws of the United States (35 U.S.C. § 1 et seq.).

5. This Court also has jurisdiction over this civil action pursuant to 28 U.S.C. § 1332(a) as Safco has diversity of citizenship in relation to Defendants and the amount in controversy exceeds $75,000 exclusive of interest and costs.

6. On information and belief, Defendant Gleason conducts business in this District, has committed acts of infringement in this District, and is subject to personal jurisdiction pursuant to Minn. Stat. § 543.19.

7. On information and belief, Defendant Welcom conducts business in this District, has committed acts of infringement in this District, and is subject to personal jurisdiction pursuant to Minn. Stat. § 543.19.

8. Venue lies in this Court pursuant to 28 U.S.C. §§ 1391(b) and (c) and 1400(b) as Defendant Gleason and Defendant Welcom each are subject to personal jurisdiction, do business in this District, and have committed acts of infringement in this District.

## COUNT I
## D522,708 PATENT INFRINGEMENT

9. Safco incorporates and repeats the foregoing paragraphs 1-8 of this Complaint.

10. On June 6, 2006, United States Patent No. D522,708 (hereinafter "the '708 Patent") for a particular "PUSHCART" was duly and legally issued to Thaler International Co., Ltd. ("Thaler") as assignee. A true and correct copy of the '708 Patent is attached hereto as **Exhibit A**.

11. On November 23, 2007, all rights, title, and interest of the '708 Patent were duly and legally sold, assigned, and transferred from Thaler to Safco. A true and correct copy of the assignment by Thaler to Safco is attached hereto as **Exhibit B**.

12. Safco is the owner of the '708 Patent by assignment and thereby is authorized and has standing to bring legal action to enforce all rights arising under the '708 Patent.

13. Safco markets and sells pushcarts that fall within the scope of the '708 Patent.

14. Safco offers for sale and sells its pushcarts in Minnesota and elsewhere in the United States.

15. Upon information and belief, since at least about September 28, 2007, Defendant Welcom has had actual notice of the '708 Patent when it received a cease and desist letter regarding the '708 Patent from Thaler's counsel.

16. Defendant Gleason has made, used, sold, offered for sale, exported, and/or imported pushcarts, including at least the Milwaukee Hand Truck Model 33884, that incorporate the patented features of the '708 Patent. A true and correct copy of photographs of the Milwaukee Hand Truck Model 33884 is attached hereto as **Exhibit C**.

17. Defendant Welcom has made, used, sold, offered for sale, exported, and/or imported pushcart, including at least the MCX – Magna Cart™, that incorporate the patented features of the '708 Patent. A true and correct copy of photographs of the MCX – Magna Cart™ is attached hereto as **Exhibit D**.

18. Defendant Gleason and Defendant Welcom each directly infringe, contributorily infringe, and induce the infringement of the '708 Patent, in violation of 35 U.S.C. § 271, and all causes of action thereunder, to the damage and injury of Safco.

19. Upon information and belief, the acts of infringement by each Defendant Gleason and Defendant Welcom are willful, intentional, and in conscious disregard of Safco's rights in the '708 Patent.

20. As a result of each of Defendant Gleason's and Defendant Welcom's infringement of the '708 Patent, Defendant Gleason and Defendant Welcom have each made and will continue to make unlawful gains and profits. Further, Safco has been and will continue to be irreparably damaged and deprived of its rights secured by the '708 Patent due to the unlawful infringement by each Defendant Gleason and Defendant Welcom.

21. Safco has been and will continue to be deprived of revenue, profit, and gain that it would otherwise have generated but for such infringement, and each Defendant Gleason and Defendant Welcom have caused and will continue to cause losses and damages in amounts that cannot be determined with specificity except by an accounting, as well as irreparable losses and damages.

22. Safco is entitled to preliminary and permanent injunctive relief, enjoining each Defendant Gleason and Defendant Welcom, and all persons in active concert with them, from further and continuing infringement of the claims of the '708 Patent.

## JURY DEMAND

23. Pursuant to FED. R. CIV. P. 38(b), Safco requests a trial by jury.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Safco Products Co. prays for relief as follows:

1. A judgment that each Defendant Gleason and Defendant Welcom have directly infringed, induced infringement, and/or contributed to the infringement of Safco's rights in the '708 Patent;

4

2. A judgment preliminarily and permanently enjoining and restraining Defendant Gleason and Defendant Welcom and their respective subsidiaries, parents, officers, directors, agents, servants, employees, agents, affiliates, attorneys and all others in active concert with them, from directly infringing, infringing by inducement and/or contributing to the infringement of the '708 Patent;

3. A judgment that each of Defendant Gleason's and Defendant Welcom's various acts of infringement have been in willful, knowing, and deliberate disregard of Safco's patent rights and requiring each Defendant Gleason and Defendant Welcom to pay damages under 35 U.S.C. § 284, including treble damages for willful infringement, with interest;

4. A judgment awarding Safco damages, including lost profits, adequate to compensate for each of Defendant Gleason's and Defendant Welcom's infringement, but not less than a reasonable royalty, resulting from each of Defendant Gleason's and Defendant Welcom's various acts of infringement;

5. A judgment awarding Safco the total profits of gained by each of Defendant Gleason's and Defendant Welcom's infringement pursuant to 35 U.S.C. § 289;

6. A judgment awarding damages to Safco for its costs, disbursements, and attorneys' fees incurred in prosecuting this action, with interest, including damages for an exceptional case, pursuant to 35 U.S.C. § 285 and otherwise as provided by law;

7. A judgment awarding Safco pre-judgment and post-judgment interest on Safco's damages as allowed by law; and

8. Such other relief as the Court may deem just and equitable.

Respectfully submitted,

Dated: August _12_, 2008

By: _____
Eric H. Chadwick
248,769
Brian L. Stender
340,303
ATTORNEYS FOR PLAINTIFF SAFCO
PRODUCTS CO.
PATTERSON, THUENTE, SKAAR &
CHRISTENSEN, P.A.
4800 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2100
Telephone: (612) 349-5740
Facsimile: (612) 349-9266
chadwick@ptslaw.com
stender@ptslaw.com

6