

Model 33884

## Personal Hand Truck
*Carretilla de mano individual*
*Chariot manuel personnel*

# VERSATILE & RUGGED

# 150 LB CAPACITY

**Folds Flat for Easy Storage**

- Holds 150 lbs.
- Extends to over 39 inches tall
- Perfect for air travel, boating and automobiles
- Great for office use and tradeshows too!

CAPACIDAD, 150 LB. (68 KG)

Capacité 150 Lb (68 Kg)

- **COMPACT**
- **LIGHTWEIGHT**
- **DURABLE**

• COMPACTA • LIGERA • DURABLE
• Compact • Léger • Durable



**CARRETILLA DE MANO PLEGABLE**
VERSÁTIL Y RESISTENTE

**Chariot manuel pliable**
POLYVALENT ET SOLIDE

# SIMPLE TO USE, EASY TO CARRY AND STORE

FÁCIL DE USAR, TRANSPORTAR Y ALMACENAR

Simple À Utiliser, Facile À Transporter Et À Ranger


0  91919  33884  1

MADE IN TAIWAN
FABRICADA EN TAIWAN
FABRIQUÉ A TAIWAN

EXHIBIT
C



Model 33884

*Personal Hand Truck*

# Folding Hand Truck
## SIMPLE TO USE  EASY STORAGE

**CARRETILLA DE MANO PLEGABLE** · FÁCIL DE USAR · SENCILLA DE TRANSPORTAR
**CHARIOT MANUEL PERSONNEL** · SIMPLE À UTILISER · FACILE À RANGER



To open the hand truck, pull down on the plate. The wheels will open automatically.

1. Para abrir la carretilla, estire de la placa. Las ruedas se abrirán automáticamente.

1. Pour ouvrir le chariot manuel, appuyez sur la ferrure pour l'abaisser. Les roues s'ouvriront automatiquement.



Squeeze handle to release the top bar and extend the handle up (two height options are available).

2. Apriete la empuñadura para soltar la barra superior y extienda la empuñadura hacia arriba (hay dos opciones de altura disponibles).

2. Serrez la poignée pour relâcher la barre supérieure et allongez la poignée (deux hauteurs disponibles).



To close the hand truck, squeeze the handle and release bar, while pushing down. Lift the plate. The wheels will close automatically.

3. Para cerrar la carretilla, apriete la empuñadura y suelte la barra mientras empuja hacia abajo. Levante la placa. Las ruedas se cerrarán automáticamente.

3. Pour fermer le chariot manuel, serrez la poignée et relâchez la barre tout en appuyant. Soulevez le plat. Les roues se fermeront automatiquement.

**WARNING:** FOLLOW INSTRUCTIONS TO AVOID PINCHING HAND OR FINGERS.

*ADVERTENCIA: mantenga sus manos y dedos alejados de la unión entre la estructura y la placa para los pies cuando pliegue la carretilla para evitar lesiones.*

*AVERTISSEMENT : Évitez de placer vos doigts et vos mains près des raccords entre le cadre et l'étrier pour éviter les blessures quand vous pliez le chariot.*



