# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| SAFCO PRODUCTS CO., | Civil No. 08-4918 (JRT/JJG) |
| Plaintiff, | |
| v. | **ORDER** |
| WELCOM PRODUCTS, INC., *et al.*, | |
| Defendants, | |

This matter is before the Court on the parties' stipulation for extending the time for Plaintiff Safco Products Co. to Respond to Defendants John Evanthes and Kerry Welsh's motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(3) [Docket No. 64].

**IT IS HEREBY ORDERED** that Plaintiff Safco Products Co.'s response to Defendant Evanthes and Welsh's motion to dismiss [Docket No. 50] shall be filed with the Court and served no later than October 30, 2009. Defendants Evanthes and Welsh's reply shall be filed with the Court and served no later than eight days thereafter.

Dated: October 22, 2009
at Minneapolis, Minnesota          s/John R. Tunheim
                                     JOHN R. TUNHEIM
                                  United States District Judge