**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

| | |
|---|---|
| SAFCO PRODUCTS CO., | Civil No. 08-4918 (JRT/JJG) |
| Plaintiff, | |
| v. | **ORDER** |
| WELCOM PRODUCTS, INC., *et al.*, | |
| Defendants, | |

This matter is before the Court on the parties' stipulation for extending the time for Defendants John Evanthes and Kerry Welsh to reply to Plaintiff Safco Products Co.'s opposition to Defendants John Evanthes and Kerry Welsh's motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(3), [Docket No. 74].

**IT IS HEREBY ORDERED** that Defendants Evanthes and Welsh's reply to Plaintiff Safco Products Co.'s response to Defendant Evanthes and Welsh's motion to dismiss shall be filed with the Court and served no later than November 20, 2009.

Dated: November 16, 2009  
at Minneapolis, Minnesota                                                                      s/John R. Tunheim  
                                                                                    JOHN R. TUNHEIM  
                                                                      United States District Judge