# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| SAFCO PRODUCTS CO., | Civil No. 08-4918 (JRT/JJG) |
| Plaintiff, | |
| v. | **ORDER** |
| WELCOM PRODUCTS, INC., *et al.,* | |
| Defendants. | |

Pursuant to the Stipulation for an Extending the Time for Plaintiff Safco Products Co. to Respond to Patterson, Thuente, Skaar & Christensen, P.A.'s Motion for Establishment of Attorney's Lien and for Entry of Judgment [Docket No. 96], and for good cause shown,

**IT IS HEREBY ORDERED** that Safco Products Co.'s Response to Patterson, Thuente, Skaar & Christensen, P.A.'s Motion for Establishment of Attorney's Lien and for Entry of Judgment shall be filed with the Court and served no later than January 22, 2010.

DATED: January 18, 2010
at Minneapolis, Minnesota.

                                         _____ s/ John R. Tunheim _____
                                            JOHN R. TUNHEIM
                                            United States District Judge