# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| SAFCO PRODUCTS CO., | Civil No. 08-4918 (JRT/JJG) |
| Plaintiff, | |
| v. | **ORDER** |
| WELCOM PRODUCTS, INC., *et al.*, | |
| Defendants. | |

Pursuant to the third Stipulation for an Extending the Time for Plaintiff Safco Products Co. to Respond to Patterson, Thuente, Skaar & Christensen, P.A.'s Motion for Establishment of Attorney's Lien and for Entry of Judgment [Docket No. 116], and for good cause shown,

**IT IS HEREBY ORDERED** that Safco Products Co.'s Response to Patterson, Thuente, Skaar & Christensen, P.A.'s Motion for Establishment of Attorney's Lien and for Entry of Judgment shall be filed with the Court and served no later than February 5, 2010.

DATED: February 1, 2010
at Minneapolis, Minnesota.

_____ s/ John R. Tunheim _____
JOHN R. TUNHEIM
United States District Judge