# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

SAFCO PRODUCTS CO.,

Civil No. 08-4918 (JRT/JJG)

Plaintiff,

v.

**ORDER**

WELCOM PRODUCTS, INC., *et al.,*

Defendants.

Pursuant to the fourth Stipulation for an Extending the Time for Plaintiff Safco Products Co. to Respond to Patterson, Thuente, Skaar & Christensen, P.A.'s Motion for Establishment of Attorney's Lien and for Entry of Judgment [Docket No. 119], and for good cause shown,

**IT IS HEREBY ORDERED** that Safco Products Co.'s Response to Patterson, Thuente, Skaar & Christensen, P.A.'s Motion for Establishment of Attorney's Lien and for Entry of Judgment shall be filed with the Court and served no later than February 19, 2010.

DATED: February 14, 2010
at Minneapolis, Minnesota.

_____ s/ John R. Tunheim _____
JOHN R. TUNHEIM
United States District Judge